# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA



Kenneth M. Rogers
   Petitioner,

v.

Dennis Brown, Warden
   Respondent

Civil Action No.
1:10-CV-1022-MHS

Appeal No.
12-14203-C

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 27 2012
JOHN LEY
CLERK

### Petitioner's Request For A Circuit Judge To Issue A Certificate

In accordance with Federal Rule Appellate Procedure #22, (b)(1), "... if the District Judge has denied the Certificate, the Applicant may Request A Circuit Judge to Issue A Certificate". Please Note, that on the 14th day of August, 2012, Petitioner received an order signed by Senior Judge, Marvin H. Shoob denying Petitioner's Motion for Certificate of Appealability. It is Therefore requested that A Circuit Judge Issue a Certificate of Appealability in the Above Action No. 12-14203-C

Respectfully Submitted

Kenneth M. Rogers
GDC# 1126338